**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1372**

In Re:  PETER ROUKIS,

                Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  November 17, 2016        Decided:  November 23, 2016

Before GREGORY, Chief Judge, and TRAXLER and HARRIS, Circuit Judges.

Petition dismissed without prejudice by unpublished per curiam opinion.

Peter Roukis, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Roukis filed a petition for an original writ of habeas corpus seeking reassignment to a military correctional facility and challenging his confinement, which he alleges violates Article 12 of the Uniform Code of Military Justice, 10 U.S.C. § 812 (2012). This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2012), see Fed. R. App. P. 22(a), and this case provides no reason to depart from the general rule. Moreover, we conclude that the interest of justice would not be served by transferring the case to the district court. See 28 U.S.C. § 1631 (2012). Accordingly, we deny Roukis leave to proceed in forma pauperis and dismiss the petition without prejudice to Roukis' right to file a petition in the appropriate district court after exhaustion of his administrative remedies on his Article 12 claim. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED
WITHOUT PREJUDICE